# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  Chapter 13

HORACE W. SMITH                   Bankruptcy No. 20-14152-ELF

654 ASTOR STREET

NORRISTOWN, PA 19401

           Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    HORACE W. SMITH

    654 ASTOR STREET

    NORRISTOWN, PA 19401

**Counsel for debtor(s), by electronic notice only.**
    DAVID B. SPITOFSKY ESQUIRE
    LAW OFFICES OF DAVID SPITOFSKY
    516 SWEDE ST
    NORRISTOWN, PA 19401-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 12/3/2020                                                                 /s/ William C. Miller

                                                                _____
                                                                William C. Miller, Esquire
                                                                Chapter 13 Standing Trustee