# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Horace W. Smith <br>                 Debtor(s) | |
| | CHAPTER 13 |
| Lakeview Loan Servicing, LLC, its successors and/or assigns <br>                 Movant <br>     vs. | |
| | NO. 20-14152 ELF |
| Horace W. Smith <br>                 Debtor(s) | |
| William C. Miller Esq. <br>                 Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about **December 4, 2020, docket number 19**.

                                                              Respectfully submitted,

                                                     By: **/s/ Rebecca A. Solarz, Esquire**
                                                         Rebecca A. Solarz
                                                         KML Law Group, P.C.
                                                         BNY Mellon Independence Center
                                                         701 Market Street, Suite 5000
                                                         Philadelphia, PA 19106
                                                         215-627-1322
                                                         Attorney for Movant/Applicant

February 3, 2021