United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                     Case No. 20-14152-elf

Horace W. Smith                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                  Page 1 of 2

Date Rcvd: Feb 24, 2021                       Form ID: 155                                 Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Horace W. Smith, 654 Astor Street, Norristown, PA 19401-3745 |
| 14552364 | + | Amex Department Stores, P.O. Box 8218, Mason, OH 45040-8218 |
| 14552361 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14552367 | + | KML Law Group, P.C., Suite 5000 Mellon Indep. Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14552368 | + | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Boulevard, Mailstop MS5/251, Coral Gables, FL 33146-1873 |
| 14560190 | + | Lakeview Loan Servicing, LLC, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14562205 | | M&T Bank, P.O. Box 840, Buffalo, NY 142040-0840 |
| 14559273 | | Nelnet on behalf of ECMC, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 14552370 | | PAM, LLC- New Jersey E-ZPass, P.O. Box 1642, Milwaukee, WI 53201-1642 |
| 14552371 | + | Shellpoint Mortgage Servicing, 55 Beattie Place, Suite 500, Greenville, SC 29601-5116 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14552365 | | Email/Text: mrdiscen@discover.com | Feb 25 2021 02:57:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 14552363 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 25 2021 02:58:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2905 |
| 14552366 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2021 02:57:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14561130 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2021 02:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14552369 | | Email/Text: electronicbkydocs@nelnet.net | Feb 25 2021 02:58:00 | Nelnet, Inc., P.O. Box 82561, Lincoln, NE 68501-2561 |
| 14556579 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2021 02:18:56 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14555044 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2021 02:57:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14555045 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2021 02:57:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14552372 | | Email/Text: bankruptcy@sw-credit.com | Feb 25 2021 02:58:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14552373 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 25 2021 02:57:00 | Verizon, P.O. Box 28002, Lehigh Valley, PA 18002-8002 |
| 14552374 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 25 2021 02:57:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Springs, MO 63304-2225 |

District/off: 0313-2                              User: admin                              Page 2 of 2
Date Rcvd: Feb 24, 2021                          Form ID: 155                             Total Noticed: 22

14552375          + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com
                                              Feb 25 2021 02:57:00      Verizon Wireless, P.O. Box 650051, Dallas, TX
                                                                       75265-0051

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14552362 | *+ | Horace W. Smith, 654 Astor Street, Norristown, PA 19401-3745 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Horace W. Smith spitofskybk@verizon.net  spitofskylaw@verizon.net |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Horace W. Smith
          Debtor(s)                                 Chapter: 13

                                                    Bankruptcy No: 20−14152−elf

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this February 23, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

33 − 11
Form 155