**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>HORACE W. SMITH | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 20-14152-ELF |

# **O R D E R**

**AND NOW**, this ___27th___ day of ___September___, 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-


Debtor:
HORACE W. SMITH

654 ASTOR STREET

NORRISTOWN, PA 19401