United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                       Case No. 20-14152-elf
Horace W. Smith                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                            Page 1 of 3
Date Rcvd: Sep 28, 2022                   Form ID: pdf900                     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Horace W. Smith, 654 Astor Street, Norristown, PA 19401-3745 |
| 14552361 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14560190 | + | Lakeview Loan Servicing, LLC, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14562205 | | M&T Bank, P.O. Box 840, Buffalo, NY 142040-0840 |
| 14552370 | | PAM, LLC- New Jersey E-ZPass, P.O. Box 1642, Milwaukee, WI 53201-1642 |
| 14552371 | + | Shellpoint Mortgage Servicing, 55 Beattie Place, Suite 500, Greenville, SC 29601-5116 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 28 2022 23:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2022 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14552364 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2022 23:33:06 | Amex Department Stores, P.O. Box 8218, Mason, OH 45040-8218 |
| 14552365 | | Email/Text: mrdiscen@discover.com | Sep 28 2022 23:24:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 14552363 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 28 2022 23:25:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2905 |
| 14552366 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 28 2022 23:25:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14552367 | ^ | MEBN | Sep 28 2022 23:24:43 | KML Law Group, P.C., Suite 5000 Mellon Indep. Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14552368 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 28 2022 23:25:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Boulevard, Mailstop MS5/251, Coral Gables, FL 33146-1837 |
| 14561130 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2022 23:25:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14559273 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 28 2022 23:25:00 | Nelnet on behalf of ECMC, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 14552369 | | Email/Text: electronicbkydocs@nelnet.net | Sep 28 2022 23:25:00 | Nelnet, Inc., P.O. Box 82561, Lincoln, NE 68501-2561 |
| 14556579 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2022 23:33:11 | Pinnacle Credit Services, LLC, Resurgent Capital |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14555044 | | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2022 23:25:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14555045 | | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2022 23:25:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14552372 | | Email/Text: bankruptcy@sw-credit.com | Sep 28 2022 23:25:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14552373 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 28 2022 23:24:00 | Verizon, P.O. Box 28002, Lehigh Valley, PA 18002-8002 |
| 14552374 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 28 2022 23:24:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Springs, MO 63304-2225 |
| 14552375 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 28 2022 23:24:00 | Verizon Wireless, P.O. Box 650051, Dallas, TX 75265-0051 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | cr | M & T BANK |
| 14552362 | *+ | Horace W. Smith, 654 Astor Street, Norristown, PA 19401-3745 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Horace W. Smith spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Sep 28, 2022 Form ID: pdf900 Total Noticed: 24

TOTAL: 4

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>HORACE W. SMITH | Chapter 13 |
| Debtor | Bankruptcy No. 20-14152-ELF |

## ORDER

**AND NOW**, this __27th__ day of __September__, 202_2_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Debtor:
HORACE W. SMITH

654 ASTOR STREET

NORRISTOWN, PA 19401